**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA C. GRAHAM, Individually & o/b/o J.P.S.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES T. RAWLEY, *et al*, <br><br> *Defendants*. | Civil Action No. 14-6743 <br><br> **ORDER** |

### John Michael Vazquez, U.S.D.J.

This matter comes before the Court by way of four motions to dismiss filed by multiple Defendants in this matter. D.E. 32, 41, 51, 54. Plaintiff Jessica C. Graham did not oppose Defendants' motions. The Court reviewed Defendants' submissions in support and considered the motions without oral argument pursuant to Fed. R. Civ. P. 78 and L. Civ. R. 78.1(b). For the reasons set forth in the Court's Memorandum Opinion accompanying this Order, and for good cause shown,

IT IS on this 29th day of December, 2016

ORDERED that the moving Defendants' motions to dismiss, D.E. 32, 41, 51, 54, are **GRANTED**; and it is further

ORDERED that the following Defendants are **DISMISSED** with prejudice from this matter because they are immune from this suit: the Federal Bureau of Investigation, the Honorable Candido Rodriguez, the Honorable James Wilson, the Honorable John Hudak, the Union County

Prosecutor's Office, the State of New Jersey Department of Children and Families, the State of New Jersey Judiciary – Union Vicinage, the New Jersey State Police, Agnes Ekama, James S. Agro, Carmela Mozza, and Carl Marshall; and it is further

ORDERED that the Jersey City Police Department and the Elizabeth Police Department are **DISMISSED** with prejudice from this matter because they are not proper parties; and it is further

ORDERED that the claims asserted against Eric C. Peterson have already been **DISMISSED** with prejudice and cannot be reasserted in any subsequent pleading; and it is further

ORDERED that the claims asserted against the City of Jersey City, Victor Arena, the City of Elizabeth, the Municipal Court of the City of Elizabeth, Joseph Wassel, Ralph Vazquez, Sergeants Moloney and Hilongos, Lieutenant Rodriguez, and Rense Schalen are **DISMISSED** with prejudice pursuant to Rule 12(b)(6) for failure to state a claim; and it is further

ORDERED that the Clerk of the Court is directed to serve a copy of this Order and the accompanying Opinion upon Plaintiff by certified mail return receipt.

_____
John Michael Vazquez, U.S.D.J.

2